# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 4, 2015

### NO. 03-14-00607-CV

**Kenneth M. Hardin, Appellant**

**v.**

**Joseph Lella, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND SHANNON\***
**AFFIRMED -- OPINION BY JUSTICE SHANNON**

---

This is an appeal from the summary judgment signed by the trial court on June 26, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's summary judgment. Therefore, the Court affirms the trial court's summary judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.

\* Before Bob E. Shannon, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).